UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

VICTOR SANCHEZ, JR.,
Institutional ID No. 96412

Plaintiff,

v.

No. 1:21-CV-00125-H

PAMELA RAE GRAHAM SANCHEZ,

Defendant.

### JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that Plaintiff's civil-rights complaint is dismissed with prejudice for failure to state a claim.

Dated January 24, 2022.

_____
JAMES WESLEY HENDRIX
United States District Judge